JPMorgan Chase Bank, N.A. v Herrera (2026 NY Slip Op 50322(U))

[*1]

JPMorgan Chase Bank, N.A. v Herrera

2026 NY Slip Op 50322(U)

Decided on February 27, 2026

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 27, 2026
Supreme Court, Westchester County

JPMorgan Chase Bank, N.A., Plaintiff,

againstGerardo Herrera, Defendant.

Index No. 70029/2023

Mullooly, Jeffrey, et al.Attorneys for Plaintiff6851 Jericho Turnpike, Suite 220P.O. Box 9036Syosset, New York 11791-9036Law Offices of Robert S. Gitmeid & Assoc., PLLC 
Attorneys for Defendant 
180 Maiden Lane, 27th Floor 
New York, NY 10038

Linda S. Jamieson, J.

The following papers numbered 1 to 2 were read on this motion:
Papers    
NumberedNotice of Motion, Affirmations and Exhibits 1Statement of Material Facts 2Plaintiff brings its motion seeking a default judgment against defendant in the amount of $3,831.59 for unpaid credit card charges. 
Although defendant, by counsel, filed an answer to this action, defendant failed to respond to this motion, despite proper service to his counsel. A review of the motion shows that there does not appear to be any reason to deny the motion. Accordingly, it is granted. In future, plaintiff shall submit a proposed Order with similar motions.
Plaintiff may submit a proposed Judgment to the Judgment Clerk, in the amount of $3,831.59 plus interest at the statutory rate from the date of entry of this Decision and Order, and shall send a copy to defendant's counsel by overnight mail, as well as to defendant himself, by [*2]overnight mail at his last known address within two business days. Plaintiff shall also send a copy of this Decision and Order to defendant and his counsel by overnight mail within two business days of receipt. 
The foregoing constitutes the decision and order of the Court.
Dated: February 27, 2026White Plains, New YorkHON. LINDA S. JAMIESONJustice of the Supreme Court